# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ZEBEDEE HALL ) | Case No: 01-cr-00214-WYD-07 |
| a/k/a "Zee" ) | |
| a/k/a "Zeke" ) | USM No: 30428-013 |
| Date of Previous Judgment: June 22, 2007 ) | Anthony Viorst, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❏ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  151 months  **is reduced to**  121 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  36          Amended Offense Level:  34
Criminal History Category:  III          Criminal History Category:  III
Previous Guideline Range:  235  to  293  months   Amended Guideline Range:  188  to  235  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  June 22, 2007, shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  October 31, 2008

Judge's signature

Effective Date: _____          Wiley Y. Daniel, Chief U.S. District Judge
(if different from order date)                    Printed name and title